# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3215
_____

MARY KATHERINE DAY-PETRANO,

Appellant,

v.

CHARLES D. HALL; and ASTRID
HALL,

Appellees.

_____


On appeal from the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

January 28, 2019


PER CURIAM.

AFFIRMED.

BILBREY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Mary Katherine Day-Petrano, pro se, Appellant.

Richard H. Fabiani II of Chandler, Lang, Haswell & Cole, P.A., Gainesville, for Appellees.